1  DEBRA WONG YANG
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KATHRYN M. RTICHIE (CSB #86698)
4  Assistant United States Attorney
           Federal Building Suite 7516
5          300 North Los Angeles Street
           Los Angeles, California
6          Tel. 213 894-0805
           FAX: 213 894-7819
7          Email: Kathryn.Ritchie@usdoj.gov

8  Attorneys for defendant Jo Anne B. Barnhart,
           Commissioner of Social Security

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID STEFFEN, | No. EDCV 04-00969 AJW |
| Plaintiff, | ORDER DISCHARGING THE COURT'S DECEMBER 5, 2005 ORDER TO SHOW CAUSE; AND EXTENDING THE TIME FOR FILING THE JOINT STIPULATION TO DECEMBER 8, 2005 |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Based upon the joint response and stipulation of the parties, IT IS ORDERED that the December 5, 2005 order to show cause is discharged.

Date: December 28, 2005

/s/     AndrewJ.Wistrich
UNITED STATES MAGISTRATE JUDGE

-1-