UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID STEFFEN, | ) |
| Plaintiff, | ) CASE NO. ED CV 04-969 AJW |
| v. | ) |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration, | ) J U D G M E N T |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

DATED: February 15, 2006

_____/s/_____
ANDREW J. WISTRICH
United States Magistrate Judge